AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PETER J. HIDALGO

**SUMMONS IN A CIVIL CASE**

V.

FEDERAL BUREAU OF INVESTIGATION

CASE NUMBER   1:06CV01513

CASE   JUDGE: James Robertson

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 08/28/2006

TO: (Name and address of Defendant)

Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Nifong
O'Melveny & Myers L.L.P.
1625 Eye St., N.W.
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        AUG 2 8 2006

CLERK                              DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 8/31/06 @ 1:50pm |
| NAME OF SERVER (PRINT) Alex M. Hernandez | TITLE process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 950 Pennsylvania Ave NW Washington DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Raymond McDowell, GC II authorized to accept

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/5/06
                Date                    *Signature of Server*

Accurate Legal Services
808-B "L" Street SE
Washington DC 20003

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.