UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER J. HIDALGO,<br>FEDERAL MEDICAL CENTER<br>PO BOX 1600<br>BUTNER, NC  27509,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF<br>  INVESTIGATION,<br>J. EDGAR HOOVER BUILDING<br>935 PENNSYLVANIA AVE., NW<br>WASHINGTON, DC  20535,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1513 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PRAECIPE

The Clerk of said Court will please enter the appearance of Kenneth A. Hendricks as principal counsel for defendant in the above-captioned civil action.

Dated:  October 2, 2006

/s/
KENNETH A. HENDRICKS
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC  20530-0001
(202) 514-0833