```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

PETER J. HIDALGO,              )
                               )
     Plaintiff,                )
                               )
     v.                        )    Civil No. 06-1513 (JR)
                               )
FEDERAL BUREAU OF              )
   INVESTIGATION,              )
                               )
     Defendant.                )
_____)

## ANSWER

Defendant, by its undersigned attorneys, hereby answers as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The Federal Bureau of Investigation (FBI) is not a proper party defendant.

### THIRD DEFENSE

The Complaint fails to name a proper party defendant.

### FOURTH DEFENSE

In response to the numbered paragraphs and footnotes of the Complaint, defendant admits, denies, or otherwise avers as follows:

1.   This paragraph consists of plaintiff's characterization of the action, which does not require an answer, but insofar as an answer may be deemed required, deny.

-2-

2.   This paragraph contains plaintiff's characterization of the relief sought, which does not require an answer, but to the extent that an answer may be deemed required, deny.

3.   First sentence:  This sentence consists of plaintiff's allegation regarding jurisdiction, which does not require an answer, but to the extent that an answer may be deemed required, deny.  Second sentence:  This sentence consists of plaintiff's allegation regarding venue, which does not require an answer, but to the extent that an answer may be deemed required, deny.

4.   Deny, for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

5.   Deny, except to aver that the FBI is a component of the United States Department of Justice, which is an agency within the executive branch of the United States Government, and that the Miami Field Office is a component of the FBI.

6.   First through third sentences:  Deny, except to aver receipt of a letter with attachments from plaintiff's counsel dated February 7, 2006, to the Miami Field Office of the FBI, a copy of which is attached to the Complaint as Exhibit A, and to which the Court is respectfully referred for a complete and accurate statement of its contents.  Fourth sentence:  Deny, except to aver the forwarding of the letter from plaintiff's counsel dated February 7, 2006, to FBI Headquarters (FBIHQ) by the Miami Field Office.

-3-

Footnote 1.  First sentence:  This sentence consists of plaintiff's characterization of events in a different civil action, which does not require an answer, but to the extent that an answer may be deemed required, deny.  Second sentence:  Deny, except to aver the forwarding of the letter from plaintiff's counsel dated February 7, 2006, to FBIHQ by the Miami Field Office.

7.   Deny, except to aver transmittal of a letter from FBIHQ dated March 3, 2006, to plaintiff's counsel, a copy of which is attached to the Complaint as Exhibit F, and to which the Court is respectfully referred for a complete and accurate statement of its contents.

8.   First sentence:  Deny, except to aver receipt of a letter from plaintiff's counsel dated April 26, 2006, to the United States Department of Justice's Office of Information and Privacy (OIP), to which the Court is respectfully referred for a complete and accurate statement of its contents.  Second sentence:  Admit.

9.   First sentence:  Admit.  Second, third, and fourth sentences:  Deny, except to aver transmittal of a letter from OIP dated May 9, 2006, to plaintiff's counsel, a copy of which is attached to the Complaint as Exhibit D, and to which the Court is respectfully referred for a complete and accurate statement of its contents.

-4-

10. First and second sentences: Deny, as conclusions of law. Third sentence, first clause: Deny, except to aver that more than twenty working days passed since OIP received a letter from plaintiff's counsel dated April 26, 2006. Third sentence, second clause: Deny, except to aver that a final determination on plaintiff's administrative appeal has not been made to date.

11. Deny, as conclusions of law.

12. First sentence: Deny, as conclusions of law. Second sentence, including footnote 2: This sentence and footnote contain plaintiff's prayers for relief, which do not require answers, but to the extent that answers may be deemed required, deny.

Each and every allegation not heretofore expressly admitted or denied is denied.

Defendant denies that plaintiff is entitled to the relief prayed for or to any relief whatsoever.

-5-

WHEREFORE, defendant, having fully answered, respectfully prays that this action be dismissed with prejudice and that it be granted its costs.

Respectfully submitted,

_____
JEFFREY A. TAYLOR
(DC Bar #498610)
United States Attorney

_____
RUDOLPH CONTRERAS
(DC Bar #434122)
Assistant United States Attorney

_____/s/_____
Dated: October 2, 2006    KENNETH A. HENDRICKS
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC  20530-0001
(202) 514-0833