Jessica Davidson Miller, Esq. (#457021)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5157

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER J. HIDALGO,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendant. | Civil Action No. 06-1513 (JR) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Upon the annexed Memorandum, Jessica Davidson Miller, Esq., hereby moves this Court pursuant to Rule 83.2(d) of the Local Court Rules of the United States District Court for the District of Columbia, for an order admitting Robert-Paul Sagner, Esq., to the Bar of this Court, *pro hac vice*, for the purposes of representing Plaintiff, Mr. Peter J. Hidalgo, in the above captioned case. A proposed order is attached.

Respectfully submitted,

      /s Jessica Davidson Miller
Jessica Davidson Miller (#457021)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5 157

Dated: March 16, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER J. HIDALGO,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendant. | Civil Action No. 06-1513 (JR) |

**MEMORANDUM IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE***

In compliance with Rule 83.2 of the Local Court Rules of the United States District Court for the District of Columbia, Jessica Davidson Miller states the following in support of the admission of Robert-Paul Sagner *pro hac vice*:

1.    The candidate for admission's full name is Robert-Paul Sagner.

2.    Mr. Sagner is currently employed at O'Melveny & Myers LLP, 1625 Eye Street, NW, Washington, DC 20006.  His office phone number is (202) 383-5198.

3.    Mr. Sagner is a member in good standing of the District of Columbia Bar.  A certificate of good standing is attached as Exhibit A.

4.    Mr. Sagner is not currently, nor has he ever been, suspended or disbarred by any jurisdiction, and is not the subject of any disciplinary action by the Bar or Court of any jurisdiction.

5.    Mr. Sagner has not previously been admitted *pro hac vice* in this Court.

6.    As stated above, Mr. Sagner is currently a member of the District of Columbia Bar.

Respectfully submitted,

_____/s Jessica DavidsonMiller_____
Jessica Davidson Miller (#457021)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5157


_____/s Robert-Paul Sagner_____
Robert-Paul Sagner (#470219)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5198

## **CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the above and foregoing has been forwarded by first-class mail to the following on this 16th day of March 2007.

   Kenneth A. Hendricks, Esq.
   Attorney-Advisor
   Office of Information and Privacy
   United States Department of Justice
   1425 New York Avenue, Suite 11050
   Washington, DC 20530-0001
   Phone: (202) 514-0833


   *Counsel for Defendant, Federal Bureau of Investigation*


      /s Robert-Paul Sagner
      Robert-Paul Sagner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER J. HIDALGO,<br><br>  Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>  Defendant. | Civil Action No. 06-1513 (JR) |

**PROPOSED ORDER**

  Upon consideration of the Motion for Admission *Pro Hac Vice* for Robert-Paul Sagner, Esq., filed March _____, 2007, it is hereby

  **ORDERED**, that the aforementioned counsel shall be admitted to the Bar of this Court, *pro hac vice*, for the purposes of representing Plaintiff, Mr. Peter J. Hidalgo, in the above captioned case.

                _____
                United States District Court Judge


Dated: March _____, 2007