```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

PETER J. HIDALGO,                )
                                 )
     Plaintiff,                  )
                                 )
     v.                          )    Civil No. 06-1513 (JR)
                                 )
FEDERAL BUREAU OF                )
   INVESTIGATION,                )
                                 )
     Defendant.                  )
_____)
```

## DEFENDANT'S STATUS REPORT TO THE COURT

This is defendant's first status report to the Court in this action brought pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2000 & Supp. IV 2004). Through a FOIA request, plaintiff sought access to records allegedly maintained by the Miami Field Office of the Federal Bureau of Investigation (FBI) that pertain to an FBI informant. Plaintiff commenced this action on August 28, 2006. Defendant filed its Answer to plaintiff's Complaint on October 2, 2006.

In the November 8, 2006, scheduling conference with the Court in chambers, the parties agreed that defendant would prepare the records for processing, process the records, and provide monthly reports to plaintiff including the disclosure of nonexempt records processed at the time of each report. The Court directed defendant to not submit to the Court copies of these monthly reports, but did direct defendant to provide a written status report to the Court by March 16, 2007.

-2-

In accordance with the agreement in chambers, defendant provided monthly reports to plaintiff by letters dated December 8, 2006, January 9, 2007 (on January 29, 2007, defendant partially disclosed one page), February 13, 2007, and March 8, 2007.  In accordance with the Court's directive that defendant provide to the Court a written status report by March 16, 2007, defendant hereby reports that it has made its initial processing determinations for the more than 3000 pages of records responsive to plaintiff's request.  Defendant expects to complete its review of those initial determinations soon, and will disclose any additional nonexempt portions of records at that time.

Given that processing of the records is nearly complete, counsel for defendant consulted with plaintiff's counsel regarding a proposed briefing schedule.  Accordingly, defendant intends to file an Unopposed Proposed Briefing Schedule today.  The parties also will continue their cooperative efforts to make adjudication of this case as efficient as possible.

-3-

Respectfully submitted,

_____
JEFFREY A. TAYLOR
(DC Bar #498610)
United States Attorney


_____
RUDOLPH CONTRERAS
(DC Bar #434122)
Assistant United States Attorney


            /s/
_____
Dated:  March 16, 2007    KENNETH A. HENDRICKS
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC  20530-0001
(202) 514-0833