UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER J. HIDALGO,                      )
                                       )
    Plaintiff,                         )
                                       )
    v.                                 )      Civil No. 06-1513 (JR)
                                       )
FEDERAL BUREAU OF                      )
   INVESTIGATION,                      )
                                       )
    Defendant.                         )
_____)

DEFENDANT'S UNOPPOSED PROPOSED BRIEFING SCHEDULE

Plaintiff commenced this action on August 28, 2006, pursuant to the Freedom of Information Act, 5 U.S.C. § 552 (2000 & Supp. IV 2004), seeking access to records allegedly maintained by the Miami Field Office of the Federal Bureau of Investigation (FBI) that pertain to an FBI informant. Defendant filed its Answer to plaintiff's Complaint on October 2, 2006.

Because it is likely that this case will be resolved by dispositive motion, counsel for the parties have conferred and defendant, respectfully proposes, subject to the approval of the Court, the following unopposed briefing schedule: Defendant will file its dispositive motion on or before May 9, 2007; plaintiff will file his opposition and/or cross-motion by June 27, 2007; defendant will file its opposition and/or reply by July 19, 2007; and plaintiff will file his reply, if any, by August 9, 2007. A proposed scheduling order is submitted herewith.

-2-

Respectfully submitted,

_____
JEFFREY A. TAYLOR
(DC Bar #498610)
United States Attorney


_____
RUDOLPH CONTRERAS
(DC Bar #434122)
Assistant United States Attorney


                         /s/
_____
Dated:  March 16, 2007   KENNETH A. HENDRICKS
                         Attorney-Advisor
                         Office of Information and Privacy
                         United States Department of Justice
                         1425 New York Ave., NW, Suite 11050
                         Washington, DC  20530-0001
                         (202) 514-0833