```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

PETER J. HIDALGO,              )
                               )
     Plaintiff,                )
                               )
     v.                        )     Civil No. 06-1513 (JR)
                               )
FEDERAL BUREAU OF              )
   INVESTIGATION,              )
                               )
     Defendant.                )
_____)
```

ORDER

Upon consideration of Defendant's Unopposed Proposed Briefing Schedule, it is by the Court this ____ day of _____, 2007,

ORDERED that defendant shall file its dispositive motion on or before May 9, 2007; plaintiff shall file his opposition and/or cross-motion on or before June 27, 2007; defendant shall file its opposition and/or reply on or before July 19, 2007; and plaintiff shall file his reply, if any, on or before August 9, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

WILLIAM R. NIFONG  
c/o O'Melveny & Myers, LLP  
1625 Eye Street, NW  
Washington, DC 20006  

KENNETH A. HENDRICKS  
Attorney-Advisor  
Office of Information and Privacy  
United States Department of Justice  
1425 New York Ave., NW, Suite 11050  
Washington, DC  20530-0001  
(202) 514-0833