UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER J. HIDALGO,                   :
                                    :
        Plaintiff,                  :
                                    :
    v.                              : Civil Action No. 06-1513 (JR)
                                    :
FEDERAL BUREAU OF INFORMATION,      :
                                    :
        Defendant.                  :

### ORDER

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Robert Paul Sagner [10], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                        JAMES ROBERTSON
                                    United States District Judge