Robert-Paul Sagner, Esq. (#470219)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5157

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER J. HIDALGO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　Defendant. | Civil Action No. 06-1513 (JR) |

### NOTICE OF ENTRY SUBSTITUTING COUNSEL

Robert-Paul Sagner, Esq., hereby requests that this Court pursuant to Rule 83.6(a) of the Local Court Rules of the United States District Court for the District of Columbia, issue an order substituting Robert-Paul Sagner, Esq., as counsel for Plaintiff, Mr. Peter J. Hidalgo, in place of William Nifong in the above captioned case.  A proposed order is attached.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　  /s Robert-Paul Sagner
　　　　　　　　　　　　　　　　　　　Robert-Paul Sagner (#470219)
　　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP
　　　　　　　　　　　　　　　　　　　1625 Eye Street, NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　(202) 383-5 157

　　　　　　　　　　　　　　　　　　　  /s William R. Nifong
　　　　　　　　　　　　　　　　　　　William R. Nifong (DC Bar # 470217)
　　　　　　　　　　　　　　　　　　　SCHIFF HARDIN LLP
　　　　　　　　　　　　　　　　　　　6600 Sears Tower
　　　　　　　　　　　　　　　　　　　Chicago, IL  60606
Dated: May 8, 2007　　　　　　　　　　(312) 258-5500

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded by first-class mail to the following on this 8th day of May 2007.

>Kenneth A. Hendricks, Esq.
>Attorney-Advisor
>Office of Information and Privacy
>United States Department of Justice
>1425 New York Avenue, Suite 11050
>Washington, DC 20530-0001
>Phone: (202) 514-0833


*Counsel for Defendant, Federal Bureau of Investigation*


>　　/s Robert-Paul Sagner
>Robert-Paul Sagner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER J. HIDALGO,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>        Defendant. | Civil Action No. 06-1513 (JR) |

## PROPOSED ORDER

Upon consideration of the Notice of Entry Substituting Counsel filed May 8, 2007, it is hereby

**ORDERED**, that Robert-Paul Sagner, Esq. shall represent Plaintiff, Mr. Peter J. Hidalgo, in the above captioned case.

_____
United States District Court Judge

Dated: May _____, 2007

DC1:705329.1