```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

PETER J. HIDALGO,              )
                               )
     Plaintiff,                )
                               )
     v.                        )   Civil No. 06-1513 (JR)
                               )
FEDERAL BUREAU OF              )
  INVESTIGATION,               )
                               )
     Defendant.                )
_____)
```

# ATTACHMENT A



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

JANUARY 29, 2007

WILLIAM F. NIFONG, ESQ.
O'MELVENY & MYERS LLP
1625 EYE STREET, NW
WASHINGTON, DC 20006

                Request No.:   1061364- 000
                Subject:   SANCHEZ, MANNY

Dear Mr. Nifong:

    This is in response to the Freedom of Information Act (FOIA) request concerning Manny Sanchez that you filed on behalf of Mr. Hidalgo.

    Pursuant to our January 9, 2007 progress report, we are releasing one document to you. Excisions have been made on this document and the other pages from the file have been withheld in their entirety in order to withhold materials which are exempted from disclosure pursuant to Title 5, United States Code, Section 552, subsections (b)(2), (b)(6), (b)(7)(C), (b)(7)(D), (b)(7)(E), and (b)(7)(F). See the enclosed OPCA Form 16a for an explanation of exemptions.

    This case is in litigation, and therefore I am required to inform you that you have the right to appeal any denials in this release.

                        Sincerely yours,

                        David M. Hardy
                        Section Chief
                        Record/Information
                          Dissemination Section
                        Records Management Division

cc:      Robert-Paul Sanger

Enclosure (2)

# Memorandum



To : SAC, MIAMI ▮ (D-5) (P)  b2   Date 6/15/93

From : SA ▮   b6 b7C

Subject: VESTRAC
OCDETF
(OO: MIAMI)   b2

▮   b6 b7C

A trial involving VESTRAC subjects ▮ ET AL; was conducted in the U.S. Federal Courthouse Miami, Florida, before Judge DONALD GRAHAM.

Judge GRAHAM requested to view the CW's file ▮ for an in camera inspection during June 3, 1993 and June 4, 1993. After obtaining verbal authorization from ASAC EDMUNDO L. GUEVARA, the CW's file was brought to the Judge's chambers by SA ▮ The Judge perused 1 volume of the file and returned the file to SA ▮ in the presence of AUSA WILLIAM HEALY.   b2 b6 b7C

The CW files were returned to the CFR room the following morning.

b2

① - ▮
TPF:dsm
(1)

b2

1*

HIDALGO III-1603