IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER J. HIDALGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-1513 (JR) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |

# EXHIBIT A

O

## O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1625 Eye Street, NW | NEWPORT BEACH |
| BRUSSELS | Washington, D.C. 20006-4001 | NEW YORK |
| CENTURY CITY | | SAN FRANCISCO |
| HONG KONG | TELEPHONE (202) 383-5300 | SHANGHAI |
| LONDON | FACSIMILE (202) 383-5414 | SILICON VALLEY |
| LOS ANGELES | www.omm.com | TOKYO |

February 7, 2006

Federal Bureau of Investigation
Miami Field Office
16320 N.W. 2nd Avenue
Miami, FL 33169

OUR FILE NUMBER

WRITER'S DIRECT DIAL
(202) 383-5190

WRITER'S E-MAIL ADDRESS
wnifong@omm.com

*In re*: **FREEDOM OF INFORMATION ACT REQUEST**

To Whom It May Concern:

On behalf of my client **Peter J. Hidalgo**, I submit the enclosed Freedom of Information Act ("FOIA") request. As he is currently undergoing treatment at a medical facility in North Carolina and the duration of his stay there is uncertain, we ask that any correspondence regarding this request (including any production of documents responsive to the FOIA request) be sent to the following address:

> Peter J. Hidalgo
> c/o William R. Nifong
> O'Melveny & Myers LLP
> 1625 Eye St. NW
> Washington, DC 20006

For your consideration, I also enclose a September 29, 2005 Order of the Honorable James Robertson, United States District Court, District of the District of Columbia, finding that *no FOIA exceptions apply* to Mr. Hidalgo's request and that disclosure of the documents he seeks is in the public interest. As Judge Robertson's Order pertains to a FOIA request to FBI Headquarters that is, in every material way, identical to the one submitted herein, Mr. Hidalgo is likewise entitled to any responsive documents kept at the Miami field office. (Both Judge Robertson's Order and the earlier FOIA request are enclosed.) Therefore, we ask that you produce the requested documents to Mr. Hidalgo as soon as possible. By this letter, we also agree to compensate your office for any reasonable copying costs and postage associated with this request.

O'MELVENY & MYERS LLP
February 7, 2006 - Page 2

On behalf of Mr. Hidalgo, I thank you in advance for your efforts and look forward to your response.

Sincerely,

William R. Nifong

cc/ Peter J. Hidalgo

PETER J. HIDALGO
37498-004
F.C.C. Butner
P.O. Box 1600
Butner, N.C. 27509

February 3, 2006

Federal Bureau of Investigation (FBI)
Freedom of Information Request
Miami FBI Field Office
16320 N.W. 2nd Avenue
Miami, Fl 33169

    RE: Freedom of Information Act Request on "Manuel (Manny) Sanchez", FBI Informant Number MM-5177-CW(D); under the File name "VESTRAC", OCDETF; OO: Miami; File Number (245B-MM-49826), pursuant to the FOIA/PA, 5 U.S.C. 552; 5 U.S.C. 552a.

Dear Sir/Madame FOIA Officer:

    1). This letter will serve as a formal request, pursuant to the provisions of the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a (d)(1)) and the State Statutes governing Freedom of Information requests, for the full diclosure and release of all "System of Records" and "Data" contained in the Files of your agency. Specifically, under the name of "Manuel (Manny) Sanchez", D.O.B. 1-10-1949, FBI Informant number MM-5177-CW(D), Social Security Number(s) 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/(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), and Florida License number S522540490100, or Identifier assigned to that name. Futhermore, all searches for Sanchezs' requested specific information are to include, but not limited to, Files referencing "VESTRAC": OO: Miami File Number (245B-MM-49826).

    2). The Records and Files that are sought for Manuel (Manny) Sanchez, are maintained under the FBIs' agency records structure that includes "Main" Files and "Reference" ("Cross Reference") Files, and that in conjuction employs the following systems, but not limited to: Central Record System ("CRS"); Automated Case Support ("ACS"); Electronic Case File ("ECF"); Universal Index ("UNI"); Investigative Case Management ("ICM"); Universal Case File Number ("UCFN"); and General Indices (Automated and Manual) to access the Files for Manuel (Manny) Sanchez in all FBI Field Offices.

    3). The following FOIA request specifically is for the agencys' compiled File of "Manuel Sanchez" and Cross Reference Files under the name "VESTRAC" containing, but not limited to:

    (A). Manuel Sanchez, FBI records entailing the exact date when Sanchez officially became a FBI Informant, and Subsequently a FBI paid Informant.

(B). Manuel Sanchez, complete FBI payment history, and records of payments or rewards given by other Federal and State agencies to Sanchez while and in the capacity of a FBI Informant.

(C). Manuel Sanchez, FBI records entailing the non-payments of income taxes to the IRS on his Informant earnings and payments made by the FBI agency to Sanchez, or by other Federal and State agencies.

(D). Manuel Sanchez, FBI records entailing the number of times the FBI agency and its agents has intervened on Sanchez behalf to prevent and avoid criminal prosecution(s) in connection to the income tax evasion or other criminal acts committed by Sanchez while working as a FBI Informant.

(E). Manuel Sanchez, FBI records outlining the past 36 years of his criminal career and lengthly criminal conviction(s) history, in addition to any and all arrest records of Sanchez regardless of non-prosecution, as well as any pending criminal cases.

(F). Manuel Sanchez, FBI records entailing any and all accusations of misconduct committed by Sanchez while working as a FBI Informant.

(G). Manuel Sanchez, FBI records of any and all administrative sanctions imposed on Sanchez for dishonesty, false claims, or other type of deceit and misconduct.

(H). Manuel Sanchez, FBI records of all case names, numbers, and Judicial Districts where Sanchez has testified under oath.

(I). Manuel Sanchez, FBI records entailing all investigatory reports, reports or evidentiary and/or Scientific information findings, wants, warrants, and/or detainers, final and closing investigation reports, any and all information, electronic Data associated to Sanchez.

(4). The FBI agency has already confirmed previously the status of Manuel Sanchez as a FBI Informant to the requester herein. "(W)hen an Informants' status has been officially confirmed... the agency must acknowledge the existence of any records it holds". Benavides v. Drug Enforcement Administration, 968 F.2d 1243, 1246 (D.C. Cir. 1992).

(5). No FOIA exception permits the FBI to withhold this information. Specifically Manny Sanchez has no privacy interest in this information, as he has waived such interest through public testimony in multiple criminal trials, and the public interest in disclosure is compelling, because of possible agency misconduct. Bennett v. Drug Enforcement Administration, 55 F. Supp. 2d 36 (D.D.C. 1999).

(6). It is further requested that your agency in response to the material requested specifically inform me if and to whom the file and/or any material therein contained has been released to any identifiable individual or agency, their name, title, purpose and need for such information, the date of such release, the specific material that was released, the person within your agency who released such information, and the specific reference for that

(2)

authority, statute or regulation, governing such release (5 U.S.C. 552a(d)(1); <u>Paton v. La Parde</u>, 524 F.2d 862 (CA 3 1975), <u>Tarlton v. Saxbe</u>, 507 F.2d 1116, 165 U.S. App. D.C. 293 (1974), of <u>Linda RS. v. Richard D.</u>, 410 U.S. 614, 93 S. Ct. 1146, 35 L.ed. 2d 536 (1973).

7). If for any reason you choose not to send me any of the information or documents requested, then please furnish me with a "Vaughn Index" as set forth in <u>Vaughn v. Rosen</u>, 484 F.2d 820 (D.C. 1973).

8). It is further requested that your agency provide me with a copy of the specific regulations of your Department as provided by statute (5 U.S.C. 552) so that compliance with such regulations is adhered to except as otherwise provided by Law (5 U.S.C. 701 et. seq.).

9). This request is made under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a)(together with the alternate means of access), to permit access to records on file with your agency. If and for any reason it is determined that portions of the materials and records sought is exempt by statute or by regulation, I request specific citation to authority for such deletion.

10). Please send me pursuant to 28 CFR Section 16.6 (A) an acknowledgment of my request upon receipt and please provide me with a request number for future reference.

11). Pursuant to Title 5 U.S.C. 552a(6)(A)(i), it should be noted that your agency has twenty (20) working days following the receipt of this request to provide the information and materials requested.

12). I Peter J. Hidalgo, hereby swear under the penalty of perjury that I am requesting all the above information and documents in order to prove and expose to the public domain the FBI agencys' misconduct with its mishandling of a rogue FBI paid Infomant.

Respectfully Submitted,

Peter J. Hidalgo

(3)