IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER J. HIDALGO, )
)
Plaintiff, )
)
v. ) Civil Action No. 06-CV-1513 (JR)
)
FEDERAL BUREAU OF INVESTIGATION, )
)
Defendant. )

# EXHIBIT B

U.S. Department of Justice



Federal Bureau of Investigation

Washington, D.C. 20535

March 3, 2006

William R. Nifong, Esquire
O'Melveny & Myers LLP
1625 Eye Street, Northwest
Washington, D.C.  20006

Dear Mr. Nifong:

    A copy of your letter asking for information maintained by the FBI under the Freedom of Information Act (FOIA) concerning another individual is being returned to you. Your request was forwarded to FBI Headquarters from the Miami Field Office.

    Before we commence processing your request for records pertaining to another individual, we ask that you submit to the FBI proof of death about that person. Proof of death can be a copy of a death certificate, obituary or a recognized reference source. Death is presumed if the birth date of the subject is more than 100 years ago. Without proof of death, the disclosure of law enforcement records or information about another person is considered an unwarranted invasion of personal privacy. Such records, if they exist, are exempt from disclosure pursuant to Exemptions (b)(6) and/or (b)(7)(C) of the FOIA, Title 5, United States Code, Section 552.

    Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place.

    In order to ensure an accurate search of our records, please provide your subject's complete name, date of birth and place of birth, if you have not already done so.

    Once you have provided us with the necessary information, as described above, we will conduct a search of our records and advise you of the results.

    This response should not be considered an indication of whether or not records responsive to your request exist in FBI files.

    You may appeal this denial by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Suite 11050, 1425 New York Avenue, Northwest, Washington, D. C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal".

Sincerely yours,

David M. Hardy /dch

David M. Hardy
Section Chief
Records Information
   Dissemination Section
Records Management Division

All Attached Correspondence Must Be Returned to the FBI With This Letter

# Privacy Waiver and Certification of Identity

FOIPA Request Number _____
(if known)

Full Name: _____

Current Address: _____

_____

Date of Birth: _____ Place of Birth: _____

(Optional: Prior addresses, employments, aliases, etc., which may assist the FBI in locating the requested information) _____

_____

_____

I hereby waive my right to privacy, and I authorize the FBI to release any and all information relating to me to :

(name, address, & phone of Attorney or other Designee)

_____

_____

_____  _____

_____

Under penalty of perjury, I hereby declare that I am the person described above and understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a (i)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature:_____  Date: _____