IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER J. HIDALGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-1513 (JR) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |

# EXHIBIT D

**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642　　　　　　　　　Washington, D.C. 20530

William R. Nifong, Esq.
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC 20006-4001

MAY 0 9 2006

　　　　Re: Your letter of April 26, 2006 - Peter J. Hidalgo

Dear Mr. Nifong:

　　　　This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on May 1, 2006.

　　　　The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **06-1908**. Please mention this number in any future correspondence to this Office regarding this matter.

　　　　We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　Priscilla Jones
　　　　　　　　　　　　　　　　　　　　Chief, Administrative Staff