IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER J. HIDALGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-1513 (JR) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |

# EXHIBIT F

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*   *Washington, D.C. 20530*

DEC 11 2006

William R. Nifong, Esq.
O'Melveny & Myers, LLP   Re:  Appeal No. 06-1908
1625 Eye Street, NW          Request No. 1061364
Washington, DC 20006-4001    JTR:KAH

Dear Mr. Nifong:

    You appealed on behalf of your client, Peter J. Hidalgo, from the action of the Miami Field Office of the Federal Bureau of Investigation on Mr. Hidalgo's request for access to records pertaining to Manny Sanchez.

    I have been informed that Mr. Hidalgo has filed a Complaint for judicial review of the action of the FBI in the United States District Court for the District of Columbia. Inasmuch as this matter is now before the Court, I am closing your appeal file in this Office in accordance with 28 C.F.R. § 16.9(a)(3) (2006).

Sincerely,

Daniel J. Metcalfe
Director