IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER J. HIDALGO,                        )
                                         )
        Plaintiff,                       )
                                         )
            v.                           )    Civil Action No. 06-CV-1513 (JR)
                                         )
                                         )
FEDERAL BUREAU OF INVESTIGATION,         )
                                         )
        Defendant.                       )
                                         )

# EXHIBIT G

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| **MM File, Sec 1** | | | |
| **Count of FD-209**: 119     Exemptions 2, 6, 7(A), 7(C), 7(D)<br>**Count of FD-302**: 111     Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>**Count of FD-794**: 0     Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| File Cover sheet | Excluded | None | none |
| Memorandum | From Special Agent ("SA") to Special Agent in Charge ("SAC") re: Cooperating Witness ("CW") Program | Hidalgo III-1 | 2, 6, 7(A), 7(C), 7(D) |
| Memorandum | From SA to SAC Statistical Accomplishment Report Form - Cooperative Witness | Hidalgo III-4 | 2, 6, 7(A), 7(C), 7(D) |
| Memorandum | From SA to SAC re: Informant payments | Hidalgo III-35 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: Informant payments | Hidalgo III-36 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: Informant payments | Hidalgo III-37 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: Informant payments | Hidalgo III-40-41 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: Informant payments | Hidalgo III-42 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: Informant payments | Hidalgo III-43 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: Informant payments | Hidalgo III-45 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: handling of CW | Hidalgo III-59 | 2, 6, 7(A), 7(C), 7(D) |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| **MM File, Sec 1** | | | |
| Count of **FD-209**: 119   Exemptions 2, 6, 7(A), 7(C), 7(D)<br>Count of  **FD-302**: 111   Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>Count of   **FD-794**: 0   Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| Airtel | From FBIHQ to SAC<br>re: handling of CW | Hidalgo III-60-62 | 2, 6, 7(A), 7(C), 7(D) |
| Memorandum | From SA to SAC<br>re: CW Review Sheet | Hidalgo III-63 | 2, 6, 7(A), 7(C), 7(D) |
| Airtel | From SAC to FBIHQ<br>re: CW | Hidalgo III-64-66 | Removed, duplicate to Bates 60-62 |
| Memorandum | From SA to SAC<br>re: CW program | Hidalgo III-67-69 | 2, 6, 7(A), 7(C), 7(D) |
| Airtel | From FBIHQ to SAC<br>re: CW | Hidalgo III-70-71 | 2, 6, 7(A), 7(C), 7(D), 7(E), 7(F), dupe page excluded |
| Airtel | From SAC to FBIHQ<br>re: CW | Hidalgo III-72-73 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe pages excluded |
| FBI Identification Sheet (Rap Sheet) | | Hidalgo III-78-82 | 2, 6, 7(A), 7(C), 7(D) |
| Airtel | From SAC to FBIHQ<br>re: CW | Hidalgo III-100-101 | 2, 6, 7(A), 7(C), 7(D), 7(E), 7(F), dupe pages excluded |
| Airtel | From FBIHQ to SAC<br>re: CW | Hidalgo III-102 | 2, 6, 7(A), 7(C), 7(D), 7(E) dupe page excluded |
| FD-536, Field Support Account ("FSA") Blue Slip | re: Informant/CW payment | Hidalgo III-114-115 | 2, 6, 7(A), 7(C), 7(D), 7(E) |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| **MM File, Sec 1**<br><br>Count of **FD-209**: 119    Exemptions 2, 6, 7(A), 7(C), 7(D)<br>Count of **FD-302**: 111    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>Count of **FD-794**: 0    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-116 | 2, 6, 7(A), 7(C), 7(D), 7(E), 7(F) |
| FD-536, FSA Blue slip with receipts | re: Informant/CW payment | Hidalgo III-117-134 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-135-136 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| FD-536, FSA Blue slip | re: Informant/CW payment | Hidalgo III-137-138 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-139 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| FD-536, FSA Blue Slip | re: Informant/CW payment | Hidalgo III-140-141 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-142 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-145 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-151 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Teletype | From SAC to FBIHQ re: CW payment | Hidalgo III-160-162 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW expenses | Hidalgo III-173 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-174 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Teletype | From FBIHQ to SAC re: CW payment | Hidalgo III-175-176 | 2, 6, 7(A), 7(C), 7(D), 7(E) |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| **MM File, Sec 1** | | | |
| Count of **FD-209**: 119   Exemptions 2, 6, 7(A), 7(C), 7(D)<br>Count of **FD-302**: 111   Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>Count of **FD-794**: 0   Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| FD-536, FSA Blue slip | re: Informant/CW payment | Hidalgo III-177-178 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-179 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| FD-536, FSA Blue Slip with receipts | re: Informant/CW payment | Hidalgo III-184-211 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-212 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| FD-536, FSA Blue Slip | re: Informant/CW payment | Hidalgo III-213-214 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-215 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File review sheet | | Hidalgo III-216-217 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SSA to SAC re: handling of CW | Hidalgo III-245-246 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-247 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-259 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-260 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| FD-536, FSA Blue Slip with receipts | re: Informant/CW payment | Hidalgo III-261-265 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW expenses | Hidalgo III-266-267 | 2, 6, 7(A), 7(C), 7(D), 7(E) |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| **MM File, Sec 1** | | | |
| Count of **FD-209**: 119   Exemptions 2, 6, 7(A), 7(C), 7(D)<br>Count of **FD-302**: 111   Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>Count of  **FD-794**: 0   Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| FD-536, FSA Blue Slip | re: Informant/CW payment | Hidalgo III-268-269 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-270 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| FD-536, FSA Blue Slip | re: Informant/CW payment | Hidalgo III-271-272 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-273 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-276-277 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| FD-536, FSA Blue Slip | re: Informant/CW payment | Hidalgo III-280-281 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-282 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-334 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| FD-536, FSA Blue Slip | re: Informant/CW payment | Hidalgo III-338-341 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-342 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-343 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-344 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Teletype | From SAC to FBIHQ re: CW payment | Hidalgo III-345-346 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe pages excluded |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| **MM File, Sec 1** | | | |
| **Count of FD-209**: 119   Exemptions 2, 6, 7(A), 7(C), 7(D)<br>**Count of FD-302**: 111   Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>**Count of  FD-794**: 0   Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| Supervisory CW File Review sheet | | Hidalgo III-347-348 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| FD-536, FSA Blue Slip | re: Informant/CW payment | Hidalgo III-349-350 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-351 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| FD-536, FSA Blue Slip | re: Informant/CW payment | Hidalgo III-352-353 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-354 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Teletype | From FBIHQ to SAC re: CW payment | Hidalgo III-355-356 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe pages excluded |
| Letter | From SAC Gavin to USA Lehtinen re: CW payments | Hidalgo III-357-358 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: handling of CW | Hidalgo III-359 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-360 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-375 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review sheet | | Hidalgo III-376-377 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: handling of CW | Hidalgo III-397-401 | 2, 6, 7(A), 7(C), 7(D), 7(E) |

| Sanchez/Hidalgo | | | |
|---|---|---|---|

**MM File, Sec 1**

**Count of FD-209**: 119    Exemptions 2, 6, 7(A), 7(C), 7(D)
**Count of FD-302**: 111    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)
**Count of FD-794**: 0      Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E)

| Document | Description | Bates Stamp Number | Exemptions |
|---|---|---|---|
| Memorandum | From SA to SAC re: handling of CW | Hidalgo III-402 | 2, 6, 7(A), 7(C), 7(D), 7(F) |
| FD-536, FSA Blue Slip | re: Informant/CW payment | Hidalgo III-403-404 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-405 | 2, 6, 7(A), 7(C), 7(D), 7(E) |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| **MM file, Sec 2**<br><br>**Count of  FD-209**: 146    Exemptions 2, 6, 7(A), 7(C), 7(D)<br>**Count of  FD-302**: 139    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>**Count of  FD-794**: 006    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| File Cover sheet | Excluded | None | none |
| FD-536, FSA Blue Slip | re: Informant/CW payment | Hidalgo III-406 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payments | Hidalgo III-407 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Payment receipt | re: CW payment | Hidalgo III-408 | 2, 6, 7(A), 7(C), 7(D), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-458-459 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: Information concerning CW | Hidalgo III-464-466 | 2, 6, 7(A), 7(C), 7(D) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-467 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SASAC to SAC re: Bureau regulations regarding CW payment | Hidalgo III-487 | 2, 6, 7(A), 7(C), 7(D) |
| Payment Form | Draft System Confidential Coding Form | Hidalgo III-492-493 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Payment Form | Draft System Confidential Coding Form | Hidalgo III-494-495 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-496-497 | 2, 6, 7(A), 7(C), 7(D), 7(E) |

**Sanchez/Hidalgo**

**MM file, Sec 2**

Count of **FD-209**: 146    Exemptions 2, 6, 7(A), 7(C), 7(D)
Count of **FD-302**: 139    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)
Count of **FD-794**: 006    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E)

| Document | Description | Bates Stamp Number | Exemptions |
|---|---|---|---|
| Letter | From SAC Gavin to District Director, INS re: Request for parole for CW | Hidalgo III-501 | 2, 6, 7(A), 7(C), 7(D) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-502 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-503 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Teletype | From SAC to FBIHQ re: CW expenses | Hidalgo III-504-505 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Teletype | From FBIHQ to SAC re: CW expense | Hidalgo III-506 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-519-520 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-676 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe page excluded |
| Payment receipt | CW payment | Hidalgo III-677 | 2, 6, 7(A), 7(C), 7(D), 7(D), 7(E) |
| Internal Office Routing Slip | From Correspondence and Special Services Section to File | Hidalgo III-692 | 2, 6, 7(A), 7(C), 7(D) |
| Teletype | From FBIHQ to SAC re: authorized payment | Hidalgo III-693 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-695-697 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe page excluded |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| MM file, Sec 2<br><br>**Count of FD-209**: 146    Exemptions 2, 6, 7(A), 7(C), 7(D)<br>**Count of FD-302**: 139    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>**Count of FD-794**: 006    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III--699-700 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe page excluded |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-723-724 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe pages excluded |
| Supervisory CW File Review Sheet | | Hidalgo III-725-726 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-728 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe page excluded |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-767 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe page excluded |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| **MM File, Sec 3** | | | |
| Count of  FD-209: 112    Exemptions 2, 6, 7(A), 7(C), 7(D)<br>Count of   FD-302: 116    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>Count of   FD-794: 004    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| File Cover sheet | Excluded | None | none |
| Supervisory CW File Review Sheet | | Hidalgo III - 844 - 845 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III - 847 - 848 | 2, 6, 7(A), 7(C), 7(D), 7(E); Bates 848 was removed duplicate to 847 |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III - 851 - 852 | 2, 6, 7(A), 7(C), 7(D), 7(E), 7(F); Bates 852 was removed duplicate to 851 |
| Teletype | From SAC to FBIHQ re: Request for authorize expenditure for CW | Hidalgo III - 853 - 854 | Bates 853 and 854 were removed duplicate to pages 855 and 856 |
| Teletype | From SAC to FBIHQ re: Request for authorize expenditure for CW | Hidalgo III - 855 - 856 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe page excluded |
| Teletype | From FBIHQ to SAC re: approval of CW expenditures | Hidalgo III - 974 - 975 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III - 976 - 977 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III - 979 - 980 | 2, 6, 7(A), 7(C), 7(D), 7(E); Bates 980 was removed duplicate to 979 |

| Sanchez/Hidalgo | | | |
| --- | --- | --- | --- |
| **MM File, Sec 4** | | | |
| **Count of FD-209:** 144   Exemptions 2, 6, 7(A), 7(C), 7(D)<br>**Count of FD-302:** 142   Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>**Count of FD-794:** 005   Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| File Cover sheet | Excluded | None | none |
| Memorandum | From SA to SAC re: CW's status | Hidalgo III-1091 - 1092 | 2, 6, 7(A), 7(C), 7(D), 7(F) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1147 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Note-Receipt | Signed by SA Re: money paid to informant | Hidalgo III-1148 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1150 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Note-Receipt | Signed by SA re: money paid to informant | Hidalgo III-1151 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-1160 - 1161 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Teletype | From FBIHQ to SAC re: source's fingerprint card | Hidalgo III-1162 - 1164 | 2, 6, 7(A), 7(C), 7(D) |
| Teletype | From SAC to FBIHQ re: status of CW | Hidalgo III-1208 - 1210 | 2, 6, 7(A), 7(C), 7(D), 7(F) |
| Supervisory CW File Review Sheet | | Hidalgo III-1225 - 1226 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1259 | 2, 6, 7(A), 7(C), 7(D), 7(E) |

| | | | |
|---|---|---|---|
| **Sanchez/Hidalgo** | | | |
| **MM File, Sec 4** | | | |
| **Count of FD-209**: 144   Exemptions 2, 6, 7(A), 7(C), 7(D)<br>**Count of FD-302**: 142   Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>**Count of FD-794**: 005   Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| Note-Receipt | Signed by SA re: money paid to informant | Hidalgo III-1260 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1262 | 2, 6, 7(A), 7(C), 7(D), 7(E), dup page excluded |
| Note-Receipt | From SA to SAC re: CW payment | Hidalgo III-1263 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1294 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Note-Receipt | Signed by SA re: money paid to CW | Hidalgo III-1295 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1299 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Note-Receipt | Signed by SA re: money paid to CW | Hidalgo III-1300 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SAC to SAC re: CW payment | Hidalgo III-1302 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Note-Receipt | Signed by SA re: money paid to CW | Hidalgo III-1303 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-1304 - 1305 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1306 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1307 | 2, 6, 7(A), 7(C), 7(D), 7(E) |

| | Sanchez/Hidalgo | | |
|---|---|---|---|
| | **MM File, Sec 5** | | |
| | Count of **FD-209**: 31    Exemptions 2, 6, 7(A), 7(C), 7(D)<br>Count of **FD-302**: 31    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>Count of **FD-794**: 03    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| File Cover sheet | Excluded | None | none |
| Memorandum | From SA to SAC<br>re: CW payment | Hidalgo III-1479 | 2, 6, 7(A), 7(C), 7(D), 7(E), 7(F) |
| Certification of expenditures not supported by receipt | re: CW payment | Hidalgo III-1480 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Various receipts from CW | | Hidalgo III-1481 - 1535 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC<br>re: CW expense payment | Hidalgo III- 1544 - 1545 | 2, 6, 7(A), 7(C), 7(D), 7(E), 7(F), Bates 1545 was removed duplicate to 1544 |
| Note-Receipt | Signed by SA<br>re: money paid to CW | Hidalgo III-1546 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Teletype | From SAC to FBI HQ<br>re: CW funding | Hidalgo III-1547 - 1554 | 2, 6, 7(A), 7(C), 7(D), 7(E), 7(F), Bates 1551-1554 were removed duplicate to 1547-1550 |

| | Sanchez/Hidalgo | | |
|---|---|---|---|
| | **MM file, Sec 6** | | |
| | **Count of FD-209**: 34    Exemptions 2, 6, 7(A), 7(C), 7(D) | | |
| | **Count of FD-302**: 02    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F) | | |
| | **Count of FD-794**: 29    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| File Cover sheet | Excluded | None | none |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1556 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe page excluded |
| Note-Receipt | re: money paid to CW | Hidalgo III-1557 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Internal Office Routing Slip | Identification Division, HQ, to SAC request on CW | Hidalgo III-1558 | 6, 7(A), 7(C), 7(D) |
| Teletype | From FBIHQ to SAC re: CW payment | Hidalgo III-1559 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-1560 - 1561 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW service payment | Hidalgo III-1565 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe page excluded |
| Note-Receipt | re: CW payment | Hidalgo III-1566 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1568 - 1569 | 2, 6, 7(A), 7(C), 7(D), 7(E), 7(F) |
| Notes-Receipts | re: CW payment | Hidalgo III-1570 - 1571 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW impersonating an FBI agent | Hidalgo III-1572 | 2, 6, 7(A), 7(C), 7(D) |
| Letter | EOUSA to Assistant State Attorney re: Use of CW | Hidalgo III-1573 - 1574 | 2, 6, 7(A), 7(C), 7(D) |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| MM file, Sec 6<br><br>Count of FD-209: 34    Exemptions 2, 6, 7(A), 7(C), 7(D)<br>Count of FD-302: 02    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>Count of FD-794: 29    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1576 - 1577 | 2, 6, 7(A), 7(C), 7(D), 7(E), 7(F), dupe pages excluded |
| Note-Receipt | re: CW payment | Hidalgo III-1578 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1580 - 1583 | Removed duplicate to Bates 1576-1577 |
| Note-Receipt | re: CW payment | Hidalgo III-1584 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SAs to SAC re: CW payment | Hidalgo III-1586 - 1587 | Removed duplicate to Bates 1576-1577 |
| Note-Receipt | re: CW payment | Hidalgo III-1588 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1590 - 1591 | Removed duplicate to Bates 1576-1577 |
| Note-Receipt | re: CW payment | Hidalgo III-1592 | Removed duplicate to Bates 1584 |
| Supervisory CW File Review Sheet | | Hidalgo III-1593 - 1594 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-1595 - 1596 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1598 - 1601 | 2, 6, 7(A), 7(C), 7(D), 7(E), 2 copies of memo |
| Note-Receipt | re: CW payment | Hidalgo III-1602 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe page excluded |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| **MM file, Sec 6** | | | |
| **Count of FD-209**: 34    Exemptions 2, 6, 7(A), 7(C), 7(D)<br>**Count of FD-302**: 02    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>**Count of FD-794**: 29    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| Memorandum | From SA to SAC Miami<br>re: trial and in camera review<br>of CW file | Hidalgo III-1603 | 2, 6, 7(A), 7(C), 7(D)<br>{Page is being<br>released with<br>exemptions cited} |
| Memorandum | From SSA to SAC<br>re: CW attempt to cash check<br>in bank | Hidalgo III-1604 | 2, 6, 7(A), 7(C), 7(D),<br>7(E) |
| Memorandum | From SA to SAC<br>re: CW payment | Hidalgo III-1606 | 2, 6, 7(A), 7(C), 7(D),<br>7(E), dupe page<br>excluded |
| Note-Receipt | re: CW payment | Hidalgo III-1607 | 2, 6, 7(A), 7(C), 7(D),<br>7(E) |
| Memorandum | From SA to SAC<br>re: CW additional expenses<br>denied | Hidalgo III-1608 | 2, 6, 7(A), 7(C), 7(D),<br>7(E) |
| Supervisory CW<br>File Review Sheet | | Hidalgo III-1609-<br>1610 | 2, 6, 7(A), 7(C), 7(D),<br>7(E) |
| Memorandum | From SASAC to SAC<br>re: CW requirements | Hidalgo III-1611 | 2, 6, 7(A), 7(C), 7(D),<br>7(E) |
| Memorandum | From SA to SAC<br>re: CW review sheet | Hidalgo III-1612 | 2, 6, 7(A), 7(C), 7(D) |
| Memorandum | From SA to SAC<br>re: CW  requirements | Hidalgo III-1613 | 2, 6, 7(A), 7(C), 7(D) |
| Memorandum | From SA to SAC<br>re: CW review sheet | Hidalgo III-1614 | 2, 6, 7(A), 7(C), 7(D) |
| Memorandum | From SA to SAC<br>re: CW payment | Hidalgo III-1630-<br>1631 | 2, 6, 7(A), 7(C), 7(D),<br>7(E), dupe pages<br>excluded |
| Memorandum | From SA to SAC<br>re: CW's telephone call | Hidalgo III-1634 | 2, 6, 7(A), 7(C), 7(D),<br>7(F) |

| | Sanchez/Hidalgo | | |
|---|---|---|---|

**MM file, Sec 6**

**Count of FD-209**: 34    Exemptions 2, 6, 7(A), 7(C), 7(D)
**Count of FD-302**: 02    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)
**Count of FD-794**: 29    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E)

| Document | Description | Bates Stamp Number | Exemptions |
|---|---|---|---|
| Teletype | From SAC to FBI HQ re: CW's file number changed | Hidalgo III-1635 | 2, 6, 7(A), 7(D), 7(C), dupe page excluded |
| Supervisory CW File Review Sheet | | Hidalgo III-1636 - 1637 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1639 - 1640 | 2, 6, 7(A), 7(C), 7(D), 7(E) dupe pages excluded |
| Note-Receipt | re: CW payment | Hidalgo III-1641 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1643 - 1644 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe pages excluded |
| Note-Receipt | re: CW payment | Hidalgo III-1645 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1650 - 1651 | 2, 6, 7(A), 7(C), 7(D), 7(E) dupe pages excluded |
| Note-Receipt | re: CW payment | Hidalgo III-1652 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-1655 - 1656 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1659 - 1660 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe pages excluded |
| Note-Receipt | re: CW payment | Hidalgo III-1661 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW status update | Hidalgo III-1662 | 2, 6, 7(A), 7(C), 7(D) |

| Sanchez/Hidalgo | | | |
|---|---|---|---|

**MM file, Sec 6**

Count of **FD-209**: 34    Exemptions 2, 6, 7(A), 7(C), 7(D)
Count of **FD-302**: 02    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)
Count of **FD-794**: 29    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E)

| Document | Description | Bates Stamp Number | Exemptions |
|---|---|---|---|
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1664 - 1665 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe pages excluded |
| Note-Receipt | re: CW payment | Hidalgo III-1666 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1668 - 1669 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe pages excluded |
| Note-Receipt | re: CW payment | Hidalgo III-1670 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1674 - 1675 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe pages excluded |
| Note-Receipt | re: CW payment | Hidalgo III-1676 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Internal Office Routing Slip | CJIS Division to SAC re: request on CW | Hidalgo III-1677 | 2, 6, 7(A), 7(C), 7(D) |
| Supervisory CW File Review Sheet | | Hidalgo III-1678 - 1679 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1682 - 1683 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe pages excluded |
| Note-Receipt | re: CW payment | Hidalgo III-1684 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-1685 - 1686 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Note-Receipt | re: CW payment | Hidalgo III-1689 | 2, 6, 7(A), 7(C), 7(D), 7(E) |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| **MM file, Sec 6**<br><br>**Count of FD-209**: 34  Exemptions 2, 6, 7(A), 7(C), 7(D)<br>**Count of FD-302**: 02  Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>**Count of FD-794**: 29  Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1690 - 1691 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe pages excluded |
| Note-Receipt | re: CW payment | Hidalgo III-1694 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1695 - 1696 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe pages excluded |
| Memorandum | From SA to SAC re: CW Review Sheet | Hidalgo III-1697 | 2, 6, 7(A), 7(C), 7(D) |
| Memorandum | From SASAC to SAC re: CW payment requirements | Hidalgo III-1698 | 2, 6, 7(A), 7(C), 7(D) |
| Supervisory CW File Review Sheet | | Hidalgo III-1699 - 1700 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1702 - 1703 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe pages excluded |
| Note-Receipt | re: CW payment | Hidalgo III-1704 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1706 - 1707 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe pages excluded |
| Note-Receipt | re: CW payment | Hidalgo III-1708 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: Transfer of SA | Hidalgo III-1709 | 2, 6, 7(A), 7(C), 7(D) |
| Teletype | From SAC to FBI HQ re: additional funding | Hidalgo III-1710 - 1712 | 2, 6, 7(A), 7(C), 7(D), 7(E) |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| **MM file, Sec 6** | | | |
| Count of **FD-209**: 34    Exemptions 2, 6, 7(A), 7(C), 7(D)<br>Count of **FD-302**: 02    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>Count of **FD-794**: 29    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| Supervisory CW File Review Sheet | | Hidalgo III-1713 - 1714 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Internal Office Routing Slip | From CJIS to SAC re: a computerized request | Hidalgo III-1715 | 2, 6, 7(A), 7(C), 7(D) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1717 - 1720 | 2, 6, 7(A), 7(C), 7(D), 7(E); Removed Bates 1719 is duplicate to Bates 1717 |
| Note-Receipt | re: CW payment | Hidalgo III-1721 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Teletype | From FBI HQ to SAC re: additional CW funding | Hidalgo III-1722 - 1723 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1726 - 1727 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe pages excluded |
| Note-Receipt | re: CW payment | Hidalgo III-1728 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-1730 - 1731 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1735 - 1738 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe pages excluded; Bates 1737 and 1738 removed duplicate to Bates 1735 and 1736 |
| Note-Receipt | re: CW payment | Hidalgo III-1739 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1741 - 1742 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe pages excluded |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| MM file, Sec 6 | | | |
| Count of FD-209: 34    Exemptions 2, 6, 7(A), 7(C), 7(D)<br>Count of FD-302: 02    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>Count of FD-794: 29    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| Note-Receipt | re: CW payment | Hidalgo III-1743 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-1745 - 1746 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1748 - 1749 | 2, 6, 7(A), 7(C), 7(D), 7(E),  dupe pages excluded |
| Note-Receipt | re: CW payment | Hidalgo III-1750 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1751 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-1752 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1754 - 1755 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe pages excluded |
| Note-Receipt | re: CW payment | Hidalgo III-1756 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1758 - 1759 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe pages excluded |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1760 - 1761 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Note-Receipt | re: CW payment | Hidalgo III-1762 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-1763 | 2, 6, 7(A), 7(C), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-1764 | 2, 6, 7(A), 7(C), 7(D), 7(E) |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| **MM file, Sec 6**<br><br>**Count of FD-209**: 34    Exemptions 2, 6, 7(A), 7(C), 7(D)<br>**Count of FD-302**: 02    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>**Count of FD-794**: 29    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| Supervisory CW File Review Sheet | | Hidalgo III-1765 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Teletype | From SA to SAC re: CW payment | Hidalgo III-1768 - 1780 | 2, 6, 7(A), 7(C), 7(D), 7(E), 7(F) |
| Memorandum | From SA to SAC re: CW payment | Hidalgo III-1782 - 1783 | 2, 6, 7(A), 7(C), 7(D), 7(E), dupe pages excluded |
| Note-Receipt | re: CW payment | Hidalgo III-1784 | 2, 6, 7(A), 7(C), 7(D), 7(E) |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| **MM file, Sec 7** | | | |
| Count of FD-209: 4    Exemptions 2, 6, 7(A), 7(C), 7(D)<br>Count of FD-302: 0    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>Count of FD-794: 25    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| File Cover sheet | Excluded | None | none |
| Supervisory Informant Review Sheet | | Hidalgo III-1785 - 1786 | 2, 6, 7(A), 7(C), 7(D) |
| Informant File Review Log | | Hidalgo III-1787 - 1788 | 2, 6, 7(A), 7(C), 7(D) |
| Notice of payment logs in 3rd party draft | | Hidalgo III-1789 | 2, 6, 7(A), 7(D), 7(D), 7(E) |
| Email Message | From SA to FBI HQ re: file disclosures | Hidalgo III-1790 - 1792 | 2, 6, 7(A), 7(C), 7(D) |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1794 - 1795 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Note Receipt | Signed by SA re: money paid to CW | Hidalgo III-1796 | 2, 6,7(A), 7(C), 7(D), 7(E) |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1797 - 1798 | Removed duplicate to Bates 1794 and 1795 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1800 - 1801 | Removed duplicate to Bates 1794 and 1795 |
| Note Receipt | re: money paid to CW | Hidalgo III-1802 | Removed duplicate to Bates 1796 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1804 - 1805 | Removed duplicate to Bates 1794 and 1795 |
| Note Receipt | re: money paid to CW | Hidalgo III-1806 | Removed duplicate to Bates 1796 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1808 - 1809 | Removed duplicate to Bates 1794 and 1795 |
| Note Receipt | re: money paid to CW | Hidalgo III-1810 | Removed duplicate to Bates 1796 |

| Sanchez/Hidalgo | | | |
|---|---|---|---|

| MM file, Sec 7 | | | |
|---|---|---|---|

**Count of FD-209**: 4   Exemptions 2, 6, 7(A), 7(C), 7(D)
**Count of FD-302**: 0   Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)
**Count of FD-794**: 25   Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E)

| Document | Description | Bates Stamp Number | Exemptions |
|---|---|---|---|
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1812 - 1813 | Removed duplicate to Bates 1794 and 1795 |
| Note Receipt | re:  money paid to CW | Hidalgo III-1814 | Removed duplicate to Bates 1796 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1816 - 1817 | Removed duplicate to Bates 1794 and 1795 |
| Note Receipt | re:  money paid to CW | Hidalgo III-1818 | Removed duplicate to Bates 1796 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1820 - 1821 | Removed duplicate to Bates 1794 and 1795 |
| Note Receipt | re:  money paid to CW | Hidalgo III-1822 | Removed duplicate to Bates 1796 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1824 - 1825 | Removed duplicate to Bates 1794 and 1795 |
| Note Receipt | re:  money paid to CW | Hidalgo III-1826 | Removed duplicate to Bates 1796 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1828 - 1829 | Removed duplicate to Bates 1794 and 1795 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1830 - 1831 | Removed duplicate to Bates 1794 and 1795 |
| Note Receipt | re:  money paid to CW | Hidalgo III-1832 | Removed duplicate to Bates 1796 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1834 - 1835 | Removed duplicate to Bates 1794 and 1795 |
| Note Receipt | re:  money paid to CW | Hidalgo III-1836 | Removed duplicate to Bates 1796 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1838 - 1839 | Removed duplicate to Bates 1794 and 1795 |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| **MM file, Sec 7**<br><br>**Count of FD-209**: 4    Exemptions 2, 6, 7(A), 7(C), 7(D)<br>**Count of FD-302**: 0    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>**Count of FD-794**: 25    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| Note Receipt | re: money paid to CW | Hidalgo III-1840 | Removed duplicate to Bates 1796 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1842 - 1843 | Removed duplicate to Bates 1794 and 1795 |
| Note Receipt | re: money paid to CW | Hidalgo III-1844 | Removed duplicate to Bates 1796 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1846 - 1847 | Removed duplicate to Bates 1794 and 1795 |
| Note Receipt | re: money paid to CW | Hidalgo III-1848 | Removed duplicate to Bates 1796 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1850 - 1851 | Removed duplicate to Bates 1794 and 1795 |
| Note Receipt | re: money paid to CW | Hidalgo III-1852 | Removed duplicate to Bates 1796 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1854 - 1855 | Removed duplicate to Bates 1794 and 1795 |
| Note Receipt | re: money paid to CW | Hidalgo III-1856 | Removed duplicate to Bates 1796 |
| Note Receipt | re: money paid to CW | Hidalgo III-1858 | Removed duplicate to Bates 1796 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1860 - 1861 | Removed duplicate to Bates 1794 and 1795 |
| Note Receipt | re: money paid to CW | Hidalgo III-1862 | Removed duplicate to Bates 1796 |
| Page 2 of Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1864 | Removed duplicate to Bates 1795 |
| Page 1 of Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1865 | Removed duplicate to Bates 1794 |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| **MM file, Sec 7**<br><br>**Count of FD-209**: 4   Exemptions 2, 6, 7(A), 7(C), 7(D)<br>**Count of FD-302**: 0   Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>**Count of FD-794**: 25  Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| Note Receipt | re: money paid to CW | Hidalgo III-1866 | Removed duplicate to Bates 1796 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1868 - 1869 | Removed duplicate to Bates 1794 and 1795 |
| Note Receipt | re: money paid to CW | Hidalgo III-1870 | Removed duplicate to Bates 1796 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1872 - 1873 | Removed duplicate to Bates 1794 and 1795 |
| Note Receipt | re: money paid to CW | Hidalgo III-1874 | Removed duplicate to Bates 1796 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1876 - 1877 | Removed duplicate to Bates 1794 and 1795 |
| Note Receipt | re: money paid to CW | Hidalgo III-1878 | Removed duplicate to Bates 1796 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1880 - 1881 | Removed duplicate to Bates 1794 and 1795 |
| Note Receipt | re: money paid to CW | Hidalgo III-1882 | Removed duplicate to Bates 1796 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1884 - 1885 | Removed duplicate to Bates 1794 and 1795 |
| Note Receipt | re: money paid to CW | Hidalgo III-1886 | Removed duplicate to Bates 1796 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1888 - 1889 | Removed duplicate to Bates 1794 and 1795 |
| Note Receipt | re: money paid to CW | Hidalgo III-1890 | Removed duplicate to Bates 1796 |
| Teletype | From FBI HQ to SAC re: CW payment | Hidalgo III-1892 - 1893 | Removed duplicate to Bates 1794 and 1795 |

| | Sanchez/Hidalgo | | |
|---|---|---|---|
| | **MM file, Sec 7** | | |
| | **Count of FD-209**: 4    Exemptions 2, 6, 7(A), 7(C), 7(D)<br>**Count of FD-302**: 0    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>**Count of FD-794**: 25   Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| Note Receipt | re: money paid to CW | Hidalgo III-1894 | Removed duplicate to Bates 1796 |
| FD-320 | FBI Case Status Form | Hidalgo III-1895 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| EC | From SA to SAC<br>re:  CW payment | Hidalgo III-1896 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-1897 - 1898 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-1899 - 1900 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| EC | From SA to SAC<br>re:  CW payment | Hidalgo III-1901 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-1902 - 1903 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-1904 - 1905 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| EC | From SA to SAC<br>re:  Guidelines and Instructions to CW | Hidalgo III-1906 | 2, 6, 7(A), 7(C), 7(D) |
| EC | From A/SAC to SAC<br>re:  potential use of CW at trial | Hidalgo III-1907 | 2, 6, 7(A), 7(C), 7(D) |
| Supervisory CW File Review Sheet | | Hidalgo III-1908 - 1909 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-1910 - 1911 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-1912 - 1913 | 2, 6, 7(A), 7(C), 7(D), 7(E) |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| **MM file, Sec 7**<br><br>**Count of FD-209**: 4    Exemptions 2, 6, 7(A), 7(C), 7(D)<br>**Count of FD-302**: 0    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>**Count of FD-794**: 25   Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| EC | From SA to SAC re: Guidelines and Instructions to CW | Hidalgo III-1914 | 2, 6, 7(A), 7(C), 7(D) |
| Supervisory CW File Review Sheet | | Hidalgo III-1915 - 1916 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| Supervisory CW File Review Sheet | | Hidalgo III-1921 | 2, 6, 7(A), 7(C), 7(D), 7(E) |
| EC | From SA to SAC re: Closing CW case | Hidalgo III-1922 | 2, 6, 7(A), 7(C), 7(D) |
| EC | From SSA to SAC re: documenting of source telephone number | Hidalgo III-1923 | 2, 6, 7(A), 7(C), 7(D), 7(F) |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| **MM-A file, Sec 1** | | | |
| **Count of FD-209**: 224    Exemptions 2, 6, 7(A), 7(C), 7(D)<br>**Count of  FD-302**: 224    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>**Count of  FD-794**: 0    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| File Cover sheet | Excluded | None | none |
| File Serial Charge Out | | Hidalgo III-2412 | 6, 7(A), 7(C), 7(D) |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| **MM-A file, Sec 2**<br><br>**Count of FD-209**: 139    Exemptions 2, 6, 7(A), 7(C), 7(D)<br>**Count of FD-302**: 143    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>**Count of FD-794**: 0    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| File Cover sheet | Excluded | None | none |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| **MM-A file, Sec 3**<br><br>**Count of FD-209**: 91    Exemptions 2, 6, 7(A), 7(C), 7(D)<br>**Count of FD-302**: 91    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>**Count of FD-794**: 0    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| File Cover sheet | Excluded | None | none |

| Sanchez/Hidalgo | | | |
|---|---|---|---|
| MM-A file, Sec 4 | | | |
| **Count of FD-209**: 28    Exemptions 2, 6, 7(A), 7(C), 7(D)<br>**Count of FD-302**: 26    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(F)<br>**Count of FD-794**: 0    Exemptions 2, 6, 7(A), 7(C), 7(D), 7(E) | | | |
| **Document** | **Description** | **Bates Stamp Number** | **Exemptions** |
| File Cover sheet | Excluded | None | none |