```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

PETER J. HIDALGO,              )
                               )
    Plaintiff,                 )
                               )
    v.                         )        Civil No. 06-1513 (JR)
                               )
FEDERAL BUREAU OF              )
   INVESTIGATION,              )
                               )
    Defendant.                 )
_____)

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment, and of the entire record herein, and it appearing to the Court that the granting of defendant's motion, pursuant to Rule 56 of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this _____ day of _____ 2007,

ORDERED that Defendant's Motion for Summary Judgment be, and it hereby is, granted; and it is further

ORDERED that this action be, and it hereby is, dismissed.

                                         UNITED STATES DISTRICT JUDGE

Copies to:

| | |
|---|---|
| Robert-Paul Sagner, Esq. | Kenneth A. Hendricks |
| Jessica Davidson Miller, Esq. | Attorney-Advisor |
| O'Melveny & Meyers LLP | Office of Information and Privacy |
| 1625 Eye Street, NW | United States Department of Justice |
| Washington, DC  20006 | 1425 New York Ave., NW, Suite 11050 |
| | Washington, DC  20530-0001 |