```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

PETER J. HIDALGO,              )
                               )
      Plaintiff,               )
                               )
      v.                       )     Civil Action No. 06-1513(JR)
                               )
FEDERAL BUREAU OF              )
   INVESTIGATION,              )
                               )
      Defendant.               )
_____)
```

**ORDER**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and upon consideration of the Plaintiff's Cross Motion for Summary Judgment, and of the entire record herein, it is by this Court this ____ day of _____, 2007,

ORDERED that the Defendant's Motion for Summary Judgment be denied; and it is further

ORDERED that the Plaintiff's Cross Motion for Summary Judgment be granted.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth L. Hendricks  
Attorney-Advisor  
Office of Information and Privacy  
United States Department of Justice  
1425 New York Avenue, NW  
Washington, DC  20530  
(202) 514-0833

Robert-Paul Sagner  
O'Melveny & Myers LLP  
1625 Eye St., NW  
Washington, DC  20006  
(202) 383-5199