```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

PETER J. HIDALGO,              )
                               )
      Plaintiff,               )
                               )
      v.                       )    Civil No. 06-1513 (JR)
                               )
FEDERAL BUREAU OF              )
   INVESTIGATION,              )
                               )
      Defendant                )
_____)
```

ORDER

Upon consideration of defendant's and plaintiff's motions for summary judgment, as supplemented and modified by defendant's opposition and reply, of all papers filed with respect thereto, and of the entire record herein, and it appearing to the Court that the granting of defendant's motion for summary judgment, and the denial of plaintiff's cross-motion for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this _____ day of _____ 2007,

ORDERED that defendant's motion for summary judgment be, and it hereby is, granted; and it is further

ORDERED that plaintiff's cross-motion for summary judgment be, and it hereby is, denied; and it is further

-2-

ORDERED that this action be, and it hereby is, dismissed.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

| | |
|---|---|
| Robert-Paul Sagner, Esq. | Kenneth A. Hendricks |
| Jessica Davidson Miller, Esq. | Attorney-Advisor |
| O'Melveny & Meyers LLP | Office of Information and Privacy |
| 1625 Eye Street, NW | United States Department of Justice |
| Washington, DC  20006 | 1425 New York Ave., NW, Suite 11050 |
| | Washington, DC  20530-0001 |