```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

PETER J. HIDALGO,              )
                               )
    Plaintiff,              )
                               )
    v.                      )       Civil Action No. 06-1513(JR)
                               )
FEDERAL BUREAU OF              )
   INVESTIGATION,             )
                               )
    Defendant.              )
_____)

## ORDER

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and upon consideration of the Plaintiff's Cross Motion for Summary Judgment, and of the entire record herein, it is by this Court this ____ day of _____, 2007,

ORDERED that the Defendant's Motion for Summary Judgment be denied; and it is further

ORDERED that the Plaintiff's Cross Motion for Summary Judgment be granted.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

| | |
|---|---|
| Kenneth L. Hendricks | Robert-Paul Sagner |
| Attorney-Advisor | O'Melveny & Myers LLP |
| Office of Information and Privacy | 1625 Eye St., NW |
| United States Department of Justice | Washington, DC  20006 |
| 1425 New York Avenue, NW | (202) 383-5199 |
| Washington, DC  20530 | |
| (202) 514-0833 | |