UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER J. HIDALGO,          :
                           :
        Plaintiff,         :
                           :
    v.                     :  Civil Action No. 06-1513 (JR)
                           :
FEDERAL BUREAU OF INFORMATION,  :
                           :
        Defendant.         :

### ORDER

For the reasons set forth in the accompanying memorandum, defendant's motion for summary judgment [16] is **GRANTED IN PART**, and plaintiff's motion for summary judgment [17] is **GRANTED IN PART.**


                              JAMES ROBERTSON
                         United States District Judge