# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                Plaintiff

     vs.                             Civil Action No._____

_____
               Defendant

## NOTICE OF APPEAL

    Notice is hereby given this _____ day of _____, 20_____, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the _____ day of _____, 20___

in favor of

against said

_____
                            Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Kenneth A. Hendricks, Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Avenue, NW, Suite 11050
Washington, DC  20530-0001