## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PETER J. HIDALGO
_____
                    Plaintiff

              vs.                              Civil Action No. __06-1513___

FEDERAL BUREAU OF INVESTIGATION
_____
                    Defendant

## NOTICE OF APPEAL

Notice is hereby given this   29th      day of   May                , 20 08    , that

DEFENDANT the FEDERAL BUREAU OF INVESTIGATION

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the   31st        day of  March            , 20 08

in  favor of   PETER J. HIDALGO

against said   FEDERAL BUREAU OF INVESTIGATION

_____
                    KENNETH A. HENDRICKS
                    Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**      Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Robert-Paul Sagner, Esq.                Jeffrey A. Taylor, United States Attorney
Jessica Davidson Miller, Esq.           R. Craig Lawrence, Assistant United States Attorney
O'Melveny & Meyers LLP                  501 3rd Street, NW, Room E-4214
1625 Eye Street, NW                     Washington, DC  20001
Washington, DC  20006

Kenneth A. Hendricks, Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Avenue, NW, Suite 11050
Washington, DC  20530-0001