UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER J. HIDALGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1513(JR) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| Defendant. | ) | |

## WITHDRAWAL OF APPEARANCE

Pursuant to Rule 83.6(b) of the Rules of the United States District Court for the District of Columbia, kindly withdraw the appearance of Jessica D. Miller, Esq. on behalf of Peter J. Hidalgo in the above-captioned matter.

O'MELVENY & MYERS LLP

By: _____
Jessica D. Miller
(DC Bar # 457021)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300

_____
Peter J. Hidalgo
Plaintiff
Register # 37498-004
Federal Correctional Institute (Medium)
P.O. Box 1032
Coleman, FL 33521

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has been forwarded by first-class mail to the following on this 8th day of July 2008.

     Kenneth A. Hendricks, Esq.
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Avenue, Suite 11050
Washington, DC 20530-0001

Phone: (202) 514-0833

*Counsel for Defendant, Federal Bureau of Investigation*

        /s Robert-Paul Sagner
        Robert-Paul Sagner