# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-5180**  **September Term 2007**

1:06-cv-01513-JR

Filed On: July 1, 2008 [1124990]

Peter J. Hidalgo,

    Appellee

v.

Federal Bureau of Investigation, FBI,

    Appellant

FILED
JUL 0 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of appellant's motion to dismiss the appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:  /s/
      Mark A. Butler
      Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk