**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER J. HIDALGO, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-1513 (JR) |
| : | |
| FEDERAL BUREAU OF INFORMATION, : | |
| : | |
| Defendant. : | |

### ORDER

After the dismissal of the FBI's appeal from this Court's memorandum and order of 3/31/08 [#23, #24], the question is, what, if anything, remains of this litigation?  Status reports are solicited.  The deadline is 8/28/08.

JAMES ROBERTSON
United States District Judge