```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PETER J. HIDALGO,                 )
                                  )
     Plaintiff,                   )
                                  )
     v.                           )    Civil No. 06-1513 (JR)
                                  )
FEDERAL BUREAU OF                 )
   INVESTIGATION,                 )
                                  )
     Defendant.                   )
_____)
```

## JOINT STATUS REPORT TO THE COURT

Pursuant to the Court's Order dated August 5, 2008, the parties submit the following Joint Status Report. Plaintiff made a request to the Miami Field Office of the Federal Bureau of Investigation (FBI), pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2006), amended by OPEN Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2524, seeking access to records maintained by the FBI that pertain to an FBI informant. Plaintiff filed this action on August 28, 2006, pursuant to the FOIA. After briefing by the parties, by Memorandum and Order dated March 31, 2008, the Court granted in part each party's Motion for Summary Judgment. The Court approved the withholding of certain types of information, and directed defendant to disclose certain other types of information.

Defendant appealed this Court's decision to the United States Court of Appeals for the District of Columbia Circuit on May 29, 2008. Defendant subsequently moved the appellate court to dismiss the appeal on June 27, 2008. At that time, defendant

-2-

notified plaintiff's counsel that it would process the records pursuant to this Court's instructions and disclose records to plaintiff on or about forty-five days later.  The Circuit Court dismissed defendant's appeal on July 1, 2008.

As of this status report, defendant has re-reviewed the more than 3000 pages of records, and has identified approximately 523 pages that contain information required by the Court to be disclosed.  Defendant has completed processing for approximately 452 of those pages, made appropriate redactions, and, by enclosure to a letter dated August 27, 2008, disclosed those 452 pages to plaintiff.  Defendant will strive to complete processing of the approximately 71 remaining pages such that disclosure can be made on or about September 24, 2008.

The parties respectfully propose that defendant submit a status report once the remaining 71 pages have been disclosed to plaintiff, or by no later than September 25, 2008.

The parties also respectfully propose that once plaintiff has completed his review of the disclosed records, the parties

-3-

will confer and will file a further joint status report with the Court on or before October 24, 2008.

Respectfully submitted,

| | |
|---|---|
| /s/ | |
| ROBERT-PAUL SAGNER, ESQ. | JEFFREY A. TAYLOR |
| O'Melveny & Meyers LLP | (DC Bar #498610) |
| 1625 Eye Street, NW | United States Attorney |
| Washington, DC 20006 | |
| | |
| | RUDOLPH CONTRERAS |
| | (DC Bar #434122) |
| | Assistant United States Attorney |
| | |
| | /s/ |
| Dated: August 28, 2008 | KENNETH A. HENDRICKS |
| | Attorney-Advisor |
| | Office of Information and Privacy |
| | United States Department of Justice |
| | 1425 New York Ave., NW, Suite 11050 |
| | Washington, DC 20530-0001 |
| | (202) 514-0833 |
| Attorney for Plaintiff | Attorneys for Defendant |